JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-06251-ODW (AJRx) | Date | August 3, 2026 |
| Title | *Luis Esperon v. Partners Personnel - Management Services, LLC et al* | | |

| | | |
|---|---|---|
| Present: The Honorable | Otis D. Wright II, United States District Judge | |
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**

After consideration, the Court **GRANTS** the Joint Motion to Remand. (Dkt. No. 48.) This action is hereby **REMANDED** to the Superior Court of the State of California, County of Los Angeles, Spring Street Courthouse, 312 North Spring Street, Los Angeles, California 90012, Case No. 24STCV30735.

**IT IS SO ORDERED.**

: 00

Initials of Preparer SE